THE HONORABLE S. KATE VAUGHAN

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

| | |
|---|---|
| COLUMBIA RIVERKEEPER, a Washington non-profit corporation, | Case No. C23-5818-SKV |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| THE NEIL JONES FOOD COMPANY, a Washington corporation, and THE NEIL JONES FOOD COMPANY d/b/a Northwest Packing Company, a Washington corporation, | ~~[PROPOSED]~~ |
| Defendants. | |

10
11
12
13
14
15
16
17
18

This matter having come before the Court upon Defendant The Neil Jones Food Company's Motion For an Extension of Time and good cause appearing, the motion is GRANTED.

The deadline for Defendant Neil Jones Food Company d/b/a Northwest Packing Co.'s responsive pleading is extended until December 12, 2023.

The 26(f) conference currently calendared is moved to December 15, 2023 or a date thereafter according to the court's calendar.

The deadline for initial disclosures is moved to December 29, 2023.

19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
Case No. 3:23-cv-05818

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1    And, the Initial Joint Status Report shall be filed by the parties on January 5, 2024.

2

3    SO ORDERED this 21st day of November, 2023.

4

5

6    *S. Kate Vaughan*

7    S. KATE VAUGHAN
     United States Magistrate Judge
8

9

10

11   Presented by:

12

13   s/Lorien Giles
     Lorien Giles, WSBA No. 58995
14   Steven F. Hill, WSBA 23694
     MILLER NASH LLP
15   605 5th Avenue South, Suite 900
     Seattle, WA  98104
16   Tel:  206.624.8300
     Email: lorien.giles@millernash.com
17
     *Attorneys for Defendant The Neil Jones Food Company*
18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME - 2
Case No. C23-5818-SKV

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20th, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian A. Knutsen, WSBA No. 38806
Emma Bruden, WSBA No. 56280
Mariah Harrod, WSBA No. 60585
KAMPMEIER & KNUTSEN, PLLC
1300 SE Stark Street, Suite 202
Portland, OR 97214
brian@kampmeierknutsen.com
jessica@kampmeierknutsen.com
*Attorneys for Plaintiff*

Simone Anter, WSBA No. 52716
COLUMBIA RIVERKEEPER
407 Portway Avenue, Suite 301
Hood River, OR 97031
simone@columbiariverkeeper.org
*Attorneys for Plaintiff*

SIGNED at Lynnwood, Washington this 20th day of November, 2023.

*s/ Krista M. Stokes*
Krista M. Stokes, Legal Assistant
Krista.stokes@millernash.com

4894-4930-7537.1

CERTIFICATE OF SERVICE - 3